MARK S. WERNER
Deputy Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
mark_werner@fd.org
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 15-49-BLG-SPW** |
| Plaintiff, | |
| vs. | **DEFENDANT'S MOTION IN LIMINE AND REQUEST FOR PERMISSION FOR COURT'S CONSIDERATION OF MOTION** |
| WILLIAM KRISTOFER WOLF, | |
| Defendant. | |

Defendant, by and through his attorney of record, Mark S. Werner, and the

Federal Defenders of Montana, herein moves in limine and requests the Court to

allow said motion to be considered that certain audio taped transcript portions of

defendant's webcasts and recorded conversations with government agents be

excluded from evidence at trial. The grounds for this motion are set forth in the

Memorandum which is being simultaneously filed.  Exhibits are also being scanned

and e-mailed as part of the Motion and Memorandum and are likewise being provided

to the Court in hard copy.

RESPECTFULLY SUBMITTED this 15th day of October, 2015.

/s/ Mark S. Werner
MARK S. WERNER
Federal Defenders of Montana
Counsel for Defendant

## CERTIFICATE OF SERVICE - LR 5.2(b)

I hereby certify that on October 15, 2015, a copy of the foregoing was served

upon the following persons by the following means:

| 1, 2 | CM/ECF |
| ____ | Hand Delivery |
| 3, 4 | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| ____ | E-Mail |

1.     CLERK, U.S. DISTRICT COURT

2.     BRYAN WHITTAKER
       United States Attorney's Office
       Assistant United States Attorney's Office
       901 Front Street, Suite 110
       Helena, MT 59626
                   Counsel for the United States of America

3.     UNITED STATES PROBATION OFFICE
       2601 2nd Avenue North, Suite 1300
       Billings, MT 59101

4.     WILLIAM KRISSTOFER WOLF
                   Defendant

                              /s/ Mark S. Werner
                              MARK S. WERNER
                              Federal Defenders of Montana
                                   Counsel for Defendant