Clerk of the U.S. District Court
2601 2nd Ave. N. Ste. 1200
Billing, MT. 59101

2.21.18

**FILED**

FEB 26 2018

Clerk, U S District Court
District Of Montana
Billings

Re: United States v. William Krisstofer Wolf
Cause No. CR-15-49-BLG-SPW
CV-18-02-BLG-SPW

This is to inform the court of a change of address. As of 2.21.18 my new mailing address is:

William Krisstofer Wolf

Federal Detention Center
William Krisstofer Wolf
Reg. 13660-046   Unit: EB
P.O. Box 13900
Seattle, WA. 98198-1090

Please correct any and all addresses.

As of this date 2.21.18, I have received one (1) piece of mail dated 1.2.18. Please send me a copy of any mail after this date.

Please send me a copy of any status updates available.

Thank You

Wolf

William Krisstofer Wolf
13660-046