☙PROB 34
(Rev. 7/10)

Report and Order Terminating Supervised Release

# UNITED STATES DISTRICT COURT

FOR THE

_____DISTRICT OF MONTANA_____

UNITED STATES OF AMERICA

v.                                   Crim. No.   CR 15-49-BLG-SPW-01

WILLIAM KRISSTOFER WOLF

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on April 30, 2023, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

*ABambenek*

Annie Bambenek
United States Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated. This does not apply to sex and/or violent offender registration.

Dated this  1st  day of  May  2023.

*Susan P. Watters*

Susan P. Watters
United States District Judge